UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CRAIG CUNNINGHAM on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>  -against-<br><br>BIG THINK CAPITAL INC.,<br><br>        Defendant. | Case No. 2:21-cv-02162-ARR-JMW<br><br>ECF Case<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Defendant Big Think Capital Inc. certified the following:

      Defendant Big Think Capital Inc. does not have any corporate parents, and no publicly held corporation owns 10% or more of its stock.

Dated: June 3, 2021                                 THOMPSON HINE LLP

                                                      By: /s/ *Mendy Piekarski*
                                                          Mendy Piekarski
                                                          335 Madison Avenue, 12th Floor
                                                          New York, New York 10017-4611
                                                          Telephone: 212.344.5680
                                                          Facsimile: 212.344.6101
                                                          Mendy.Piekarski@ThompsonHine.com

                                                          *Attorneys for Defendant*
                                                          *Big Think Capital Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2021, I caused to be served a copy of a Rule 7.1 Disclosure Statement electronically and by first class mail enclosed in a securely sealed postage-paid envelope addressed to the following at the last known address as follows:

Aytan Y. Bellin
Bellin & Associates LLC
50 Main Street
Suite 1000
White Plains, NY 10606

                                              */s/ Mendy Piekarski*
                                              Mendy Piekarski