

ATLANTA CINCINNATI COLUMBUS NEW YORK
CHICAGO CLEVELAND DAYTON WASHINGTON, D.C.

August 27, 2021

*Via ECF*

The Honorable James M. Wicks
United States District Court for the Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: *Cunningham v. Big Think Capital, Inc.*, Case No. 2:21-cv-02162-ARR-JMW

Your Honor:

We represent Defendant Big Think Capital, Inc. ("Big Think"). Pursuant to the August 18, 2021 Minute Order, we submit this letter to detail for the Court why merits and class discovery should be bifurcated such that discovery on Plaintiff Craig Cunningham's ("Mr. Cunningham") individual claims proceeds prior to the parties engaging in class discovery.

The Complaint alleges that Big Think violated the Telephone Consumer Protection Act ("TCPA") by calling Mr. Cunningham's cell phone with a number ending in 1977 ("Phone Number") on June 13, 2018[1] using an automated or prerecorded voice without consent, and it seeks to assert that TCPA claim on a classwide basis. Because Mr. Cunningham consented to be called and lacks standing to invoke this Court's jurisdiction, discovery on Mr. Cunningham's individual claims should proceed prior to the parties engaging in class discovery.

*Facts*

Mr. Cunningham is a prolific TCPA litigant. Public records (attached) show that since 2016, Mr. Cunningham has initiated roughly 195 TCPA cases against various defendants throughout the country. Indeed, since 2019, this is one of four cases Mr. Cunningham has initiated against Big Think, three of which remain pending. *See Cunningham v. Big Think Capital Inc.*, E.D.N.Y. No. 2:19-cv-00639-ILG-PK (a putative class action, which remains pending and, unless the Court grants Mr. Cunningham leave to amend his complaint, relates to calls to the Phone Number); *Cunningham v. Big Think Capital Inc., et al.*, E.D.N.Y. 2:21-cv-02443-GRB-ARL (an individual action that was originally filed in the Southern District of New York but which was transferred to this District, which remains pending, and which partially relates to text messages sent to the Phone Number); *Cunningham v. Big Think Capital, Inc., et al.*, E.D. Tex. No. 4:20-cv-00724 (an individual action that was identical to the case originated in the Southern District of New York and which was voluntarily dismissed after Big Think pointed out that the Eastern District of Texas has held that the TCPA was unconstitutional at all times when the calls at issue occurred).

[1] Although the Complaint alleges the call occurred on June 13, 2018, Mr. Cunningham now states that the call took place on June 13, 2019.

Jessica.Salisbury-Copper@ThompsonHine.com Fax: 937.443.6635 Phone: 937.443.6854



Big Think is a financial services marketplace that specializes in helping businesses find sources of financing. Big Think identifies potential customers in multiple ways, including via telephone calls potential customers initiate to Big Think, and some that express interest via Big Think's website, https://bigthinkcapital.com.

A business interested in financing can visit the website and click a link to "Apply Now." After answering non-identifying questions, a potential customer can fill out an online application ("Application"), which has fields for the name, company, phone number, and email address. The Application contains the following consent language ("Consent"):

> By clicking 'Get Started or Apply Now', you (i) consent to receiving calls and messages, including autodialed calls for marketing purposes, from Big Think Capital or representatives or agents at the telephone number provided above (including mobile telephone number), and acknowledge that no purchase of credit or services is contingent upon such consent…

Big Think's records show that the Phone Number was associated with a company identified as Granite Enterprises LLC ("Granite"), and that someone purporting to act on behalf of Granite inquired into Big Think's products and services on March 20, April 5, April 23, and May 29, 2018. On all four occasions, the individual identified himself as Mr. Cunningham. During at least two of those instances, one via telephone and one via Big Think's website, the individual provided the Phone Number. More specifically, on March 20, 2018, an individual submitted the Application, which identified the potential customer as Mr. Cunningham, provided Granite as a company name, and provided the Phone Number. To submit the Application, the individual would have to have clicked "Apply Now," an option that appeared just below the Consent.

On April 20, 2021, Mr. Cunningham filed the instant lawsuit alleging that Big Think violated the TCPA by calling the Phone Number on June 13, 2018 using an automated or prerecorded voice without consent. The Complaint details the date of the alleged call and quotes the prerecorded call with precision, including the fact that Mr. Cunningham pressed 1 to speak with a Big Think representative.

As part of his Initial Disclosures, Mr. Cunningham produced a recording of the call. He did, in fact, press 1 to speak to someone and, when asked, said that he was a business owner in the market for business funding, and asked for a telephone number to call Big Think back so he "could talk more about this."



<u>*Argument*</u>

*Big Think Had Consent to Call the Phone Number*

The TCPA prohibits marketing calls to cell phones using an artificial or prerecorded voice other than calls made with the prior express written consent of the called party. 47 C.F.R. § 64.1200(a)(2). Prior express written consent requires a written agreement that authorizes the seller "to deliver or cause to be delivered to the person called advertisements or telemarketing messages using an automatic telephone dialing system or an artificial or prerecorded voice, and the telephone number to which the signatory authorizes such advertisements or telemarketing messages to be delivered." 47 C.F.R. § 64.1200(f)(9).

The written agreement shall clearly and conspicuously inform the person signing that by signing the agreement, he or she "authorizes the seller to deliver or cause to be delivered to the signatory telemarketing calls using an automatic telephone dialing system or an artificial or prerecorded voice" and that "[t]he person is not required to sign the agreement (directly or indirectly), or agree to enter into such an agreement as a condition of purchasing any property, goods, or services." 47 C.F.R. § 64.1200(f)(9)(i).

Mr. Cunningham was provided with a conspicuous written notice that by clicking to apply, he was consenting to receive "autodialed calls," including calls to the Phone Number, and that no purchase of credit or services was contingent upon that consent. By clicking "Apply Now," Mr. Cunningham provided prior express written consent to be contacted on the Phone Number. Because Mr. Cunningham consented to the calls, discovery should be bifurcated.

*Mr. Cunningham Lacks Standing*

"To have Article III standing to sue in federal court, plaintiffs must demonstrate, among other things, that they suffered a concrete harm. No concrete harm, no standing." *TransUnion LLC v. Ramirez*, 141 S. Ct. 2190, 2200, 210 L. Ed 568 (2021). "To demonstrate their personal stake, plaintiffs must be able to sufficiently answer the question: What's it to you?" *Id.* at 2203 (internal quotations omitted) (quoting Scalia, The Doctrine of Standing as an Essential Element of the Separation of Powers, 17 Suffolk U. L. Rev. 881, 882 (1983)).

To establish standing, the plaintiff must show: "(i) that he suffered an injury in fact that is concrete, particularized, and actual or imminent; (ii) that the injury was likely caused by the defendant; and (iii) that the injury would likely be redressed by judicial relief." *Id.* (citing *Lujan v. Defenders of Wildlife*, 504 U.S. 555, 560-61, 112 S. Ct. 2130, 119 L. Ed. 2d 351 (1992)). "If 'the plaintiff does not claim to have suffered an injury that the defendant caused and the court



can remedy, there is no case or controversy for the federal court to resolve.'" *Id.* (quoting *Casillas v. Madison Avenue Assocs., Inc.*, 926 F. 3d 329, 333 (CA7 2019)).

The claims of the Complaint are comparable to those at issue in *Leyse v. Bank of Am., N.A.*, No. 11-7128 (SDW) (SCM), 2020 U.S. Dist. LEXIS 44234, 2020 WL 1227410 (D.N.J. Mar. 13, 2020). In *Leyse*, the plaintiff was employed by a law firm to investigate potential TCPA claims. He would call companies to obtain information on the calls they made using a false name, withholding the true purpose of the calls, and secretly recording the calls. *Id.* at *2. The plaintiff would then provide the recordings to his employer to use in TCPA cases. *Id.*

Following receipt of a prerecorded telemarketing call from Bank of America, the plaintiff in *Leyse* investigated the calls, opted not to be put on the company's do not call list, and eventually initiated a putative class action alleging that the defendant violated the TCPA by contacting him using an automated or prerecorded voice without consent. *Id.* at *2-3. The Court dismissed for lack of standing. *Id.* at *10-11.

The Court held that the plaintiff did not put forth evidence to show that he suffered harm because of the prerecorded call. "Nor could he, because the record evidence clearly shows that he welcomed such calls in his role as a paid investigator aiding his counsel in the preparation of TCPA lawsuits." *Id.* at * 10. "No other plausible inference can be drawn from the 20+ follow-up calls he made to DialAmerica, the types of questions he asked DialAmerica's representatives, his use of a false name and employer, his secret recordings of the calls, his submission of those recordings to his counsel, and, especially, his refusal to be added to DialAmerica's Do-Not-Call list when he was twice given the opportunity." *Id.*

Plaintiffs lack standing where they turn harmless statutory violations into "money-making vehicles for individuals and lawyers." *In re FDCPA Mailing Vendor Cases*, No. 21-2312, 2021 U.S. Dist. LEXIS 139848, at *5 (E.D.N.Y. July 23, 2021) (dismissing cases brought under the Fair Debt Collection Practices Act ("FDCPA") because a technical statutory violation did not result in a concrete injury to provide a basis for standing). Like the FDCPA, the TCPA landscape is fraught with plaintiffs and attorneys who seek out potential lawsuits which ought to be "settled for nuisance value plus attorneys' fees." *Saunders v. NCO Fin. Sys.*, 910 F. Supp. 2d 464, 471 (E.D.N.Y. 2012) (ordering Rule 11 hearing based on concerns that plaintiff's contacts with defendant were solely "for the purpose of creating a claim" under the FDCPA and TCPA).

Here, Mr. Cunningham is a professional TCPA plaintiff, the Phone Number was associated with a company that inquired into Big Think's products and services on four separate occasions, and the Phone Number was provided to Big Think at least once in writing and at least twice altogether. Mr. Cunningham recorded the prerecorded call, pressed 1 to speak with a Big Think



representative, and told that representative that he was a business owner who was interested in business funding. Like the plaintiff in *Leyse*, the only plausible inference is that rather than suffering an injury in fact, Mr. Cunningham welcomed the call so that he could rely upon it to assert a TCPA claim against Big Think. Because a plaintiff like Mr. Cunningham that welcomes a call as a source of revenue lacks standing, and because a named plaintiff must have standing to pursue claims on behalf of a class, discovery should be bifurcated.

Requiring Big Think to engage in discovery on a classwide basis will be onerous and unduly burdensome. As demonstrated above, Mr. Cunningham's individual claims are subject to unique challenges given the consent to the telephone calls and Mr. Cunningham's lack of standing. Given those unique issues, Big Think should have the opportunity to challenge Mr. Cunningham's individual claim before incurring the extraordinary expenses associated with classwide discovery. For these reasons, Big Think respectfully requests that merits and class discovery be bifurcated.

Best regards,

Jessica E Salisbury-Copper

Jessica E. Salisbury-Copper

JES

cc: Aytan Y. Bellin, Esq. (By ECF)



# Craig Cunningham

## Cases

Showing **195** Consumer Protection cases with Craig Cunningham as a party; with keyword(s) [TCPA]; pending between 2009-01-01 and 2021-08-27.; sorted by textual relevance.

### Summary

Case Filings (Top 6 by Focus Order)

| | <2016 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021* |
|---|---|---|---|---|---|---|---|
| Antitrust | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Bankruptcy | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Consumer Protection | 38 | 27 | 27 | 27 | 42 | 26 | 8 |
| Contracts | 1 | 0 | 1 | 1 | 0 | 0 | 0 |
| Copyright | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ERISA | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

* 2021 numbers are year-to-date. Open dots are full-year estimates.

### Cases by Type

| Case Types | Cases |
|---|---|
| Consumer Protection | 195 |
| Contracts | 3 |
| Torts | 1 |

*All other Case Types have 0 results in this case list.*

### Case Status

Open: 19 (10%) Terminated: 176 (90%)

### Party Roles

| Party Roles | Cases |
|---|---|
| Plaintiff | 195 |

*All other Party Roles have 0 results in this case list.*

| Courts | | |
|---|---|---|
| E.D.Tex. | 67 | 34% |
| M.D.Tenn. | 47 | 24% |
| N.D.Tex. | 13 | 7% |
| C.D.Cal. | 9 | 5% |
| S.D.Fla. | 8 | 4% |
| Other Courts | 51 | 26% |

| District Judges | | |
|---|---|---|
| Amos Louis Mazzant III | 49 | 25% |
| Sean D. Jordan | 17 | 9% |
| Aleta Arthur Trauger | 16 | 8% |
| Kevin Hunter Sharp | 10 | 5% |
| Todd J. Campbell | 10 | 5% |
| 87 Other Judges | | |

195 federal district court cases involving Craig Cunningham

Page 3 of 13

## Case List

| Title | Civil Action # | Case Type | Court | Filed On | Last Docket | Terminated |
|---|---|---|---|---|---|---|
| IN RE: PORTFOLIO RECOVERY ASSOCIATES, LLC, TELEPHONE CONSUMER PROTECTION ACT LITIGATION | 3:11-md-02295 | Consumer Protection | S.D.Cal. | 2011-12-21 | 2021-08-20 | — |
| Monitronics International, Inc., Telephone Consumer Protection Act Litigation | 1:13-md-02493 | Consumer Protection | N.D.W.Va. | 2013-12-19 | 2021-07-27 | 2020-07-28 |
| Cunningham v. Alliance Security et al | 1:14-cv-00169 | Consumer Protection Contracts | N.D.W.Va. | 2014-10-09 | 2019-09-16 | 2019-08-14 |
| Mey v. DirecTV, LLC et al | 5:17-cv-00179 | Consumer Protection | N.D.W.Va. | 2017-12-11 | 2021-08-18 | — |
| Cunningham v. The Altitude Group, LLC et al | 1:15-cv-00169 | Consumer Protection | N.D.W.Va. | 2015-09-22 | 2019-09-16 | 2019-08-14 |
| Cunningham v. Enagic USA, Inc. et al | 3:15-cv-00847 | Consumer Protection | M.D.Tenn. | 2015-07-31 | 2020-01-17 | 2018-09-30 |
| Cunningham v. Politi et al | 4:18-cv-00362 | Consumer Protection Torts | E.D.Tex. | 2018-05-15 | 2020-04-29 | 2020-04-29 |
| Cunningham, Craig v. Montes, Jr., Michael et al | 3:16-cv-00761 | Consumer Protection | W.D.Wis. | 2016-11-17 | 2020-04-27 | 2020-02-07 |
| Perrong v. Vivint et al | 2:19-cv-00568 | Consumer Protection | D.Utah | 2019-08-14 | 2021-06-29 | — |
| Cunningham v. CBC Conglomerate LLC et al | 4:17-cv-00793 | Consumer Protection | E.D.Tex. | 2017-11-09 | 2021-07-28 | — |
| Pena v. John C. Heath, Attorney At Law, PLLC | 1:18-cv-24407 | Consumer Protection | S.D.Fla. | 2018-10-23 | 2020-04-20 | 2019-04-08 |
| Cunningham v. Rapid Response Monitoring Services, Inc. et al | 3:15-cv-00846 | Consumer Protection | M.D.Tenn. | 2015-07-31 | 2018-05-11 | 2018-05-11 |
| Cunningham v. Palmer Administrative Services, Inc. et al | 3:15-cv-00566 | Consumer Protection | M.D.Tenn. | 2015-05-15 | 2017-01-19 | 2016-04-27 |
| Cunningham v. USA Auto Protection, LLC et al | 4:20-cv-00142 | Consumer Protection | E.D.Tex. | 2020-02-26 | 2021-07-21 | — |
| Cunningham v. Nationwide Security Solutions Inc et al | 3:17-cv-00337 | Consumer Protection Contracts | N.D.Tex. | 2017-02-04 | 2019-04-12 | 2019-04-12 |
| Cunningham v. Pratt et al | 3:16-cv-02468 | Consumer Protection | M.D.Tenn. | 2016-09-09 | 2018-12-13 | 2018-12-13 |

https://law.lexmachina.com/party/view?q=TCPA&case_types-include=449&and_filter=case_types&pending-from=2009-01-01&pending-to=&filters=true&id=1068543&tab=summary&view=analytics&cols=475

195 federal district court cases involving Craig Cunningham

Page 4 of 13

| Title | Civil Action # | Case Type | Court | Filed On | Last Docket | Terminated |
|---|---|---|---|---|---|---|
| Cunningham v. TechStorm LLC | 3:16-cv-02879 | Consumer Protection | N.D.Tex. | 2016-10-13 | 2018-06-25 | 2018-06-25 |
| Cunningham v. Credit Management LP et al | 3:09-cv-01497 | Consumer Protection | N.D.Tex. | 2009-08-12 | 2010-11-16 | 2010-09-27 |
| Cunningham v. Mark D. Guidubaldi & Associates LLC et al | 4:18-cv-00118 | Consumer Protection | E.D.Tex. | 2018-02-20 | 2019-08-21 | 2019-08-08 |
| Cunningham v. Seven90, LLC et al | 4:17-cv-00894 | Consumer Protection | E.D.Tex. | 2017-12-28 | 2019-06-19 | 2019-06-19 |
| Cunningham v. Rapid Capital Funding, LLC/RCF et al | 3:16-cv-02629 | Consumer Protection | M.D.Tenn. | 2016-10-05 | 2020-03-10 | 2020-03-10 |
| Cunningham v. Foresters Financial Services, Inc. et al | 2:17-cv-00077 | Consumer Protection | N.D.Ind. | 2017-02-17 | 2021-04-01 | — |
| Craig Cunningham v. Technologic USA, Inc. et al | 1:19-cv-00231 | Consumer Protection | D.Wyo. | 2019-11-06 | 2020-06-18 | 2020-06-18 |
| Craig Cunningham v. GHS Interactive Security, LLC | 2:19-cv-06599 | Consumer Protection | C.D.Cal. | 2019-07-30 | 2021-03-01 | 2021-03-01 |
| Cunningham v. Health Plan Intermediaries Holdings, LLC et al | 3:18-cv-00518 | Consumer Protection | M.D.Tenn. | 2018-06-05 | 2021-08-09 | 2021-08-09 |
| Cunningham v. First Class Vacations, Inc. et al | 3:16-cv-02285 | Consumer Protection | M.D.Tenn. | 2016-08-26 | 2019-01-30 | 2019-01-30 |
| Cunningham v. Lester et al | 1:18-cv-03486 | Consumer Protection | D.Md. | 2018-11-12 | 2021-04-26 | 2020-01-23 |
| Cunningham v. Penn L.L.C. | 1:19-cv-02547 | Consumer Protection | N.D.Ill. | 2019-04-15 | 2020-01-06 | 2020-01-06 |
| Cunningham v. Florio et al | 4:17-cv-00839 | Consumer Protection | E.D.Tex. | 2017-12-07 | 2019-02-22 | 2019-02-22 |
| Cunningham v. General Dynamics Information Technology, Inc. | 1:16-cv-00545 | Consumer Protection | E.D.Va. | 2016-05-16 | 2018-05-30 | 2017-05-01 |
| Cunningham v. Yellowstone Capital LLC et al | 0:16-cv-62029 | Consumer Protection | S.D.Fla. | 2016-08-23 | 2017-02-09 | 2017-02-09 |
| Cunningham v. Select Student Loan Help LLC et al | 3:15-cv-00554 | Consumer Protection | M.D.Tenn. | 2015-05-12 | 2018-09-12 | 2018-07-16 |
| Cunningham v. Crosby Billing Services, Corporation et al | 4:18-cv-00043 | Consumer Protection | E.D.Tex. | 2018-01-18 | 2019-06-19 | 2018-12-05 |
| Cunningham v. Addiction Intervention et al | 3:14-cv-00770 | Consumer Protection | M.D.Tenn. | 2014-03-18 | 2017-08-28 | 2016-06-22 |
| Cunningham v. Health Plan Intermediaries Holdings, LLC et al | 8:18-cv-00919 | Consumer Protection | M.D.Fla. | 2018-04-16 | 2019-11-27 | 2019-10-16 |

https://law.lexmachina.com/party/view?q=TCPA&case_types-include=449&and_filter=case_types&pending-from=2009-01-01&pending-to=&filters=true&id=1068543&tab=summary&view=analytics&cols=475

195 federal district court cases involving Craig Cunningham

Page 5 of 13

| Title | Civil Action # | Case Type | Court | Filed On | Last Docket | Terminated |
|---|---|---|---|---|---|---|
| Cunningham v. The Wilhelm Group, LLC et al | 4:19-cv-00493 | Consumer Protection | E.D.Tex. | 2019-07-05 | 2020-10-08 | 2020-06-17 |
| Cunningham v. Mitchell et al | 3:17-cv-00392 | Consumer Protection | M.D.Tenn. | 2017-02-24 | 2017-08-15 | 2017-08-15 |
| Craig Cunningham v. Performance SLC LLC et al | 8:18-cv-01093 | Consumer Protection | C.D.Cal. | 2018-06-20 | 2019-10-10 | 2019-09-09 |
| Cunningham et al v. Peoples Bank and Trust Company | 5:17-cv-00237 | Consumer Protection | W.D.Okla. | 2017-03-03 | 2018-03-06 | 2018-03-06 |
| CUNNINGHAM v. CAPITAL ADVANCE SOLUTIONS, LLC et al | 3:17-cv-13050 | Consumer Protection | D.N.J. | 2017-12-13 | 2019-12-30 | 2019-02-20 |
| Cunningham v. Creative Edge Marketing LLC et al | 4:19-cv-00669 | Consumer Protection | E.D.Tex. | 2019-09-16 | 2021-07-20 | 2021-07-20 |
| Cunningham v. Seven90, LLC et al | 3:16-cv-02500 | Consumer Protection | M.D.Tenn. | 2016-09-19 | 2020-07-17 | 2020-07-17 |
| Cunningham v. Matrix Financial Services, LLC et al | 4:19-cv-00896 | Consumer Protection | E.D.Tex. | 2019-12-05 | 2021-03-31 | 2021-03-31 |
| Cunningham v. Sunshine Consulting Group, LLC et al | 3:16-cv-02921 | Consumer Protection | M.D.Tenn. | 2016-11-16 | 2018-08-07 | 2018-08-07 |
| Cunningham v. McDonald et al | 3:15-cv-00215 | Consumer Protection | M.D.Tenn. | 2015-03-04 | 2018-11-28 | 2018-11-28 |
| Cunningham v. American General Life Insurance Company | 4:17-cv-00125 | Consumer Protection | S.D.Tex. | 2017-01-16 | 2017-09-28 | 2017-09-28 |
| Cunningham v. Lifestyles Development, LLC et al | 4:19-cv-00006 | Consumer Protection | E.D.Tex. | 2019-01-03 | 2020-02-27 | 2020-02-27 |
| Cunningham v. UltimateVita, LLC et al | 4:20-cv-00738 | Consumer Protection | E.D.Tex. | 2020-09-29 | 2021-08-17 | 2021-08-17 |
| Cunningham v. Big Think Capital Inc. | 2:19-cv-00638 | Consumer Protection | E.D.N.Y. | 2019-02-01 | 2021-06-15 | — |
| Cunningham v. Musiker et al | 4:20-cv-00725 | Consumer Protection | E.D.Tex. | 2020-09-23 | 2021-08-06 | 2021-08-06 |
| Cunningham v. Radius Global Solutions LLC et al | 4:20-cv-00294 | Consumer Protection | E.D.Tex. | 2020-04-09 | 2021-06-07 | 2021-06-03 |
| Cunningham v. Homeside Financial LLC | 1:17-cv-02088 | Consumer Protection | D.Md. | 2017-07-25 | 2018-10-15 | 2018-10-15 |
| Cunningham v. Advanta Corp. et al | 3:08-cv-01794 | Consumer Protection | N.D.Tex. | 2008-10-08 | 2009-06-08 | 2009-06-08 |
| Cunningham v. Portfolio Recovery Associates, LLC | 3:15-cv-00926 | Consumer Protection | S.D.Cal. | 2015-04-27 | 2021-07-28 | — |

https://law.lexmachina.com/party/view?q=TCPA&case_types-include=449&and_filter=case_types&pending-from=2009-01-01&pending-to=&filters=true&id=1068543&tab=summary&view=analytics&cols=475

195 federal district court cases involving Craig Cunningham

Page 6 of 13

| Title | Civil Action # | Case Type | Court | Filed On | Last Docket | Terminated |
|---|---|---|---|---|---|---|
| Cunningham v. The Altitude Group, LLC et al | 3:15-cv-00929 | Consumer Protection | M.D.Tenn. | 2015-08-25 | 2015-09-28 | 2015-09-22 |
| Cunningham v. JP3 Enterprises, LLC, DBA My Vehicle Protection et al | 4:19-cv-00902 | Consumer Protection | E.D.Tex. | 2019-12-06 | 2020-07-23 | 2020-07-16 |
| Cunningham v. Arco Media Inc. et al | 4:19-cv-00901 | Consumer Protection | E.D.Tex. | 2019-12-08 | 2020-06-19 | 2020-05-08 |
| Cunningham v. Air Voice, Inc. | 4:19-cv-00096 | Consumer Protection | E.D.Tex. | 2019-02-06 | 2020-09-29 | 2020-03-24 |
| Cunningham v. Shore Funding Solutions Inc. | 2:17-cv-02080 | Consumer Protection | E.D.N.Y. | 2017-04-07 | 2020-08-06 | 2020-08-06 |
| Cunningham v. CBC Conglomerate LLC et al | 3:15-cv-00439 | Consumer Protection | M.D.Tenn. | 2015-04-16 | 2016-08-22 | 2016-08-16 |
| Cunningham v. Greenstar Capital Solutions, LLC et al | 4:18-cv-00161 | Consumer Protection | E.D.Tex. | 2018-03-07 | 2019-07-29 | 2018-09-24 |
| Cunningham v. Health Plan Intermediaries Holdings, LLC et al | 1:17-cv-01216 | Consumer Protection | N.D.Ill. | 2017-02-15 | 2018-06-05 | 2018-05-21 |
| Cunningham v. Pilvo, Inc. et al | 3:19-cv-06605 | Consumer Protection | N.D.Cal. | 2019-10-15 | 2020-01-09 | 2020-01-09 |
| Cunningham v. Assured Auto Group, Inc. et al | 4:20-cv-00141 | Consumer Protection | E.D.Tex. | 2020-02-26 | 2021-08-25 | — |
| Cunningham v. Manasseh Jordan Ministries, Inc. et al | 4:19-cv-00494 | Consumer Protection | E.D.Tex. | 2019-07-05 | 2021-06-14 | 2021-06-14 |
| Cunningham v. Niagara Restitution Services, Inc. et al | 4:18-cv-00682 | Consumer Protection | E.D.Tex. | 2018-09-26 | 2019-07-25 | 2019-07-25 |
| Cunningham v. Mitchell et al | 1:16-cv-01109 | Consumer Protection | E.D.Va. | 2016-08-30 | 2017-02-24 | 2017-02-23 |
| Cunningham v. Rapid Capital Finance et al | 3:15-cv-00957 | Consumer Protection | M.D.Tenn. | 2015-09-04 | 2019-03-25 | 2017-05-12 |
| Cunningham v. TK Supplements, Inc. | 4:19-cv-00816 | Consumer Protection | E.D.Tex. | 2019-11-11 | 2020-09-16 | 2020-09-16 |
| Cunningham v. KP Lifestyles, LLC et al | 4:20-cv-00835 | Consumer Protection | E.D.Tex. | 2020-10-22 | 2021-08-25 | — |
| Cunningham v. Lakes et al | 4:18-cv-00747 | Consumer Protection | E.D.Tex. | 2018-10-16 | 2019-07-03 | 2019-07-03 |
| Cunningham v. DR Finance, LLC et al | 4:18-cv-00565 | Consumer Protection<br>Contracts | E.D.Tex. | 2018-08-06 | 2019-12-30 | 2019-12-30 |
| Cunningham v. Matrix Warranty Solutions, Inc. et al | 4:20-cv-00739 | Consumer Protection | E.D.Tex. | 2020-09-29 | 2021-08-20 | 2021-08-20 |

https://law.lexmachina.com/party/view?q=TCPA&case_types-include=449&and_filter=case_types&pending-from=2009-01-01&pending-to=&filters=true&id=1068543&tab=summary&view=analytics&cols=475

195 federal district court cases involving Craig Cunningham

Page 7 of 13

| Title | Civil Action # | Case Type | Court | Filed On | Last Docket | Terminated |
|---|---|---|---|---|---|---|
| Cunningham v. Portfolio Recovery Associates, LLC | 3:15-cv-00177 | Consumer Protection | M.D.Tenn. | 2015-02-25 | 2015-05-01 | 2015-04-27 |
| Cunningham v. Britereal Management, Inc. et al | 4:20-cv-00144 | Consumer Protection | E.D.Tex. | 2020-02-26 | 2021-08-25 | — |
| Cunningham v. DHL Express (USA), Inc. et al | 1:17-cv-03605 | Consumer Protection | N.D.Ill. | 2017-05-12 | 2017-12-18 | 2017-12-18 |
| Cunningham v. Zeeto Group, LLC et al | 4:17-cv-00882 | Consumer Protection | E.D.Tex. | 2017-12-20 | 2018-07-18 | 2018-07-18 |
| Cunningham v. Focus Receivalbes Management, LLC | 3:16-cv-01677 | Consumer Protection | M.D.Tenn. | 2016-07-07 | 2017-12-06 | 2017-12-06 |
| Cunningham v. Shoutpoint, Inc. et al | 3:16-cv-00222 | Consumer Protection | M.D.Tenn. | 2016-02-16 | 2018-07-16 | 2018-07-16 |
| Cunningham v. Dokovna et al | 9:19-cv-81568 | Consumer Protection | S.D.Fla. | 2019-11-18 | 2020-05-07 | 2020-04-30 |
| Barrett et al v. Fidelity Security Life Insurance Company et al | 1:18-cv-11545 | Consumer Protection | D.Mass. | 2018-07-24 | 2019-01-08 | 2018-11-21 |
| Cunningham v. Collecto, Inc. et al | 3:16-cv-01676 | Consumer Protection | M.D.Tenn. | 2016-07-07 | 2017-05-25 | 2017-05-24 |
| Cunningham v. Carribean Cruise Lines, Inc. | 0:15-cv-62580 | Consumer Protection | S.D.Fla. | 2015-12-09 | 2017-01-19 | 2017-01-19 |
| Cunningham v. Lexington Law Firm | 1:17-cv-00087 | Consumer Protection | D.Utah | 2017-06-01 | 2019-06-10 | 2019-06-10 |
| Cunningham v. Ignite Capital, LLC et al | 3:15-cv-00894 | Consumer Protection | M.D.Tenn. | 2015-08-17 | 2016-03-04 | 2016-03-02 |
| Cunningham v. Upwell Health, LLC et al | 4:19-cv-00894 | Consumer Protection | E.D.Tex. | 2019-12-05 | 2020-11-10 | 2020-11-10 |
| Cunningham et al v. Offer Space | 2:20-cv-00527 | Consumer Protection | D.Utah | 2020-07-28 | 2021-02-25 | — |
| Cunningham v. Patterson et al | 1:19-cv-00409 | Consumer Protection | W.D.Tex. | 2019-04-11 | 2020-11-10 | 2020-11-10 |
| Cunningham v. Trilegiant Corporation et al | 3:14-cv-02181 | Consumer Protection | M.D.Tenn. | 2014-11-07 | 2018-05-03 | 2016-05-06 |
| Cunningham v. BlueStem Brands, Inc. | 0:18-cv-01262 | Consumer Protection | D.Minn. | 2018-05-07 | 2019-02-20 | 2019-01-31 |
| Cunningham v. Touchstone Partners Inc et al | 3:16-cv-02054 | Consumer Protection | N.D.Tex. | 2016-07-14 | 2017-01-30 | 2017-01-30 |
| Cunningham v. Advantage Cable Services, Inc. et al | 3:08-cv-01536 | Consumer Protection | N.D.Tex. | 2008-09-02 | 2009-04-06 | 2009-04-06 |

https://law.lexmachina.com/party/view?q=TCPA&case_types-include=449&and_filter=case_types&pending-from=2009-01-01&pending-to=&filters=true&id=1068543&tab=summary&view=analytics&cols=475



195 federal district court cases involving Craig Cunningham

Page 8 of 13

| Title | Civil Action # | Case Type | Court | Filed On | Last Docket | Terminated |
|---|---|---|---|---|---|---|
| Cunningham v. Chiorzi | 3:20-cv-00386 | Consumer Protection | D.Or. | 2020-03-09 | 2020-07-14 | 2020-07-14 |
| Craig Cunningham v. Grewall Law et al | 2:20-cv-03674 | Consumer Protection | C.D.Cal. | 2020-04-21 | 2021-04-07 | 2021-04-07 |
| Cunningham v. Big Publications, LLC et al | 6:18-cv-01535-rbd-t_s | Consumer Protection | M.D.Fla. | 2018-09-17 | 2018-11-05 | 2018-11-05 |
| CUNNINGHAM V. SHOPPERLOCAL, LLC | 1:17-cv-00024 | Consumer Protection | M.D.N.C. | 2017-01-10 | 2018-08-09 | 2018-08-09 |
| Cunningham v. On Deck Capital, Inc. et al | 1:20-cv-10621 | Consumer Protection | S.D.N.Y. | 2020-12-16 | 2021-06-28 | — |
| Cunningham v. Newport Marketing, LLC | 3:14-cv-02400 | Consumer Protection | M.D.Tenn. | 2014-12-30 | 2015-03-16 | 2015-03-10 |
| Cunningham v. American Fresh Start, LLC et al | 4:18-cv-00149 | Consumer Protection | E.D.Tex. | 2018-03-05 | 2019-02-21 | 2019-02-21 |
| Cunningham v. Velstar, Inc. et al | 4:21-cv-00127 | Consumer Protection | E.D.Tex. | 2021-02-10 | 2021-08-23 | — |
| Cunningham v. Student Debt Relief Center, LLC et al | 3:15-cv-00440 | Consumer Protection | M.D.Tenn. | 2015-04-16 | 2015-08-26 | 2015-08-18 |
| Cunningham v. Family Life Insurance Company | 4:16-cv-03042 | Consumer Protection | S.D.Tex. | 2016-10-12 | 2017-02-17 | 2017-02-17 |
| Cunningham v. Foster and Monroe, LLC et al | 4:19-cv-00351 | Consumer Protection | E.D.Tex. | 2019-05-13 | 2020-04-28 | 2020-04-28 |
| Cunningham v. Fling.com, LLC | 1:19-cv-23073 | Consumer Protection | S.D.Fla. | 2019-07-24 | 2020-01-16 | 2020-01-16 |
| Cunningham v. Channer LLC | 3:17-cv-00546 | Consumer Protection | N.D.Tex. | 2017-02-24 | 2018-04-02 | 2018-04-02 |
| Cunningham v. Stellar Recovery Group | 3:14-cv-01184 | Consumer Protection | M.D.Tenn. | 2014-05-15 | 2015-11-25 | 2014-09-26 |
| Cunningham v. Careington International Corporation, et al | 4:17-cv-00040 | Consumer Protection | E.D.Tex. | 2017-01-16 | 2017-10-17 | 2017-10-17 |
| Cunningham v. NATIONWIDE SECURITY SOLUTIONS, inc et al | 4:16-cv-00889 | Consumer Protection | E.D.Tex. | 2016-11-18 | 2017-01-18 | 2017-01-18 |
| Cunningham v. Infinity Vacations LLC et al | 3:09-cv-02338 | Consumer Protection | N.D.Tex. | 2009-12-08 | 2010-02-16 | 2010-02-16 |
| Cunningham v. Student Loan Assistance Center LLC | 3:16-cv-02880 | Consumer Protection | N.D.Tex. | 2016-10-13 | 2017-09-20 | 2017-09-20 |
| Cunningham v. National Health Insurance Company | 4:16-cv-01026 | Consumer Protection | N.D.Tex. | 2016-10-12 | 2017-03-21 | 2017-03-21 |

https://law.lexmachina.com/party/view?q=TCPA&case_types-include=449&and_filter=case_types&pending-from=2009-01-01&pending-to=&filters=true&id=1068543&tab=summary&view=analytics&cols=475

195 federal district court cases involving Craig Cunningham

Lex Machina®

Page 9 of 13

| Title | Civil Action # | Case Type | Court | Filed On | Last Docket | Terminated |
|---|---|---|---|---|---|---|
| Cunningham v. Zoccali et al | 3:16-cv-02299 | Consumer Protection | M.D.Tenn. | 2016-09-01 | 2016-12-30 | 2016-11-03 |
| Craig Cunningham v. Technologic USA, Inc. et al | 2:19-cv-05597 | Consumer Protection | C.D.Cal. | 2019-06-27 | 2019-11-06 | 2019-11-05 |
| Cunningham v. National Association for Medical and Dental, Inc. et al | 4:18-cv-00464 | Consumer Protection | E.D.Tex. | 2018-06-29 | 2018-09-24 | 2018-09-19 |
| Cunningham v. Park Lane Digital Media et al | 3:15-cv-00467 | Consumer Protection | M.D.Tenn. | 2015-04-21 | 2018-06-18 | 2018-06-18 |
| Cunningham v. Big Think Capital, Inc. et al | 2:21-cv-02443 | Consumer Protection | E.D.N.Y. | 2021-04-30 | 2021-08-19 | — |
| Cunningham v. Student Loan Advocacy Group et al | 3:18-cv-00329 | Consumer Protection | S.D.Cal. | 2018-02-10 | 2018-06-12 | 2018-06-12 |
| Cunningham v. Big Think Capital Inc. | 2:21-cv-02162 | Consumer Protection | E.D.N.Y. | 2021-04-20 | 2021-08-24 | — |
| Cunningham v. Intelemedia Communications, Inc. et al | 1:19-cv-03713 | Consumer Protection | N.D.Ill. | 2019-06-04 | 2019-10-07 | 2019-10-07 |
| Cunningham v. IC Systems Inc. | 3:15-cv-00166 | Consumer Protection | M.D.Tenn. | 2015-02-23 | 2015-11-09 | 2015-11-03 |
| Cunningham v. Trilegiant Corporation et al | 3:15-cv-00989 | Consumer Protection | M.D.Tenn. | 2015-09-14 | 2016-09-13 | 2016-09-01 |
| Cunningham v. Unifin Inc. | 4:20-cv-00035 | Consumer Protection | E.D.Tex. | 2020-01-13 | 2020-07-08 | 2020-07-08 |
| Cunningham v. Mark D Guidubaldi & Associates et al | 3:17-cv-01238 | Consumer Protection | N.D.Tex. | 2017-05-09 | 2018-02-15 | 2018-02-15 |
| Cunningham v. ASI LLC et al | 2:18-cv-00183 | Consumer Protection | D.Wyo. | 2018-11-05 | 2019-03-15 | 2019-01-09 |
| Cunningham v. Medguard Alert, Inc. | 3:18-cv-00897 | Consumer Protection | D.Conn. | 2018-05-29 | 2020-01-21 | 2020-01-20 |
| Craig Cunningham v. Nationwide Business Resources, Inc. | 2:16-cv-04542 | Consumer Protection | C.D.Cal. | 2016-06-22 | 2017-03-27 | 2017-03-27 |
| Cunningham v. Enhanced Recovery Company, LLC | 3:16-cv-01675 | Consumer Protection | M.D.Tenn. | 2016-07-07 | 2017-12-04 | 2017-12-04 |
| Cunningham v. Harbour Medical Supply, LLC et al | 2:20-cv-00961 | Consumer Protection | E.D.N.Y. | 2020-02-21 | 2021-01-07 | 2021-01-07 |
| Cunningham v. Constar Financial Services, LLC | 3:15-cv-00168 | Consumer Protection | M.D.Tenn. | 2015-02-23 | 2015-07-15 | 2015-07-10 |
| Craig Cunningham v. Consumer Financial Resources, LLC | 4:17-cv-00174 | Consumer Protection | E.D.Tex. | 2017-03-09 | 2017-11-15 | 2017-11-15 |

https://law.lexmachina.com/party/view?q=TCPA&case_types-include=449&and_filter=case_types&pending-from=2009-01-01&pending-to=&filters=true&id=1068543&tab=summary&view=analytics&cols=475

| Title | Civil Action # | Case Type | Court | Filed On | Last Docket | Terminated |
|---|---|---|---|---|---|---|
| Cunningham v. Pacific Business Management, Inc. et al | 3:18-cv-02189 | Consumer Protection | S.D.Cal. | 2018-09-21 | 2019-03-28 | 2019-03-28 |
| Cunningham v. Advanced Tele-genetic Counseling, LLC et al | 4:20-cv-00143 | Consumer Protection | E.D.Tex. | 2020-02-26 | 2021-03-29 | 2021-03-29 |
| Cunningham v. Loft Associates, LLC | 2:17-cv-02110 | Consumer Protection | E.D.N.Y. | 2017-04-07 | 2020-01-28 | 2020-01-28 |
| Cunningham v. Business Listing Solution, LLC | 4:21-cv-00057 | Consumer Protection | E.D.Tex. | 2021-01-20 | 2021-05-25 | 2021-05-05 |
| Cunningham v. First Source Advantage | 3:14-cv-01276 | Consumer Protection | M.D.Tenn. | 2014-06-09 | 2014-06-27 | 2014-06-24 |
| Cunningham v. National Warranty Services, Inc. et al | 4:19-cv-00895 | Consumer Protection | E.D.Tex. | 2019-12-05 | 2020-06-18 | 2020-06-17 |
| Cunningham v. Local Search Group, LLC et al | 4:21-cv-00058 | Consumer Protection | E.D.Tex. | 2021-01-20 | 2021-04-05 | 2021-04-01 |
| Cunningham v. Live Free Emergency Response, Inc. et al | 4:20-cv-00798 | Consumer Protection | E.D.Tex. | 2020-10-15 | 2021-01-22 | 2021-02-02 |
| Cunningham v. Smoke Alarm Monitoring, Inc. et. al. | 2:19-cv-07032 | Consumer Protection | E.D.N.Y. | 2019-12-16 | 2021-07-16 | 2021-07-16 |
| Cunningham v. MLBN Health, Inc. et al | 4:19-cv-00871 | Consumer Protection | E.D.Tex. | 2019-12-02 | 2020-03-06 | 2020-03-13 |
| Cunningham v. Big Think Capital, Inc. et al | 4:20-cv-00724 | Consumer Protection | E.D.Tex. | 2020-09-23 | 2021-05-04 | 2021-05-04 |
| Cunningham v. Big Think Capital, Inc. et al | 1:20-cv-10623 | Consumer Protection | S.D.N.Y. | 2020-12-16 | 2021-05-03 | 2021-04-23 |
| Cunningham v. World Wide Vacations, LLC et al | 4:19-cv-00838 | Consumer Protection | E.D.Tex. | 2019-11-13 | 2019-12-26 | 2019-12-26 |
| Cunningham v. 4Bush Holdings, LLC et al | 4:20-cv-00145 | Consumer Protection | E.D.Tex. | 2020-02-26 | 2020-06-22 | 2020-06-22 |
| Cunningham v. Grand Incentives, Inc. et al | 4:19-cv-00350 | Consumer Protection | E.D.Tex. | 2019-05-13 | 2019-12-05 | 2019-12-05 |
| Cunningham v. Educational Financial Solutions LLC et al | 3:15-cv-00555 | Consumer Protection | M.D.Tenn. | 2015-05-12 | 2015-07-17 | 2015-07-17 |
| Cunningham v. Allstate Property and Casualty Insurance Company, et al | 4:21-cv-00126 | Consumer Protection | E.D.Tex. | 2021-02-10 | 2021-07-08 | 2021-07-08 |
| Cunningham v. Vital Recovery Services, LLC | 3:15-cv-00165 | Consumer Protection | M.D.Tenn. | 2015-02-23 | 2015-07-15 | 2015-07-09 |
| Cunningham v. Windham Professionals, Inc. | 3:15-cv-00167 | Consumer Protection | M.D.Tenn. | 2015-02-23 | 2015-04-06 | 2015-03-31 |

195 federal district court cases involving Craig Cunningham

Page 11 of 13

| Title | Civil Action # | Case Type | Court | Filed On | Last Docket | Terminated |
|---|---|---|---|---|---|---|
| Cunningham v. MobileHelp, LLC et al | 4:19-cv-00837 | Consumer Protection | E.D.Tex. | 2019-11-13 | 2019-12-20 | 2019-12-20 |
| Cunningham v. Entertech, Inc. et al | 4:18-cv-00850 | Consumer Protection | E.D.Tex. | 2018-12-06 | 2019-03-01 | 2019-02-22 |
| Cunningham v. Aragon Advertising, LLC et al | 1:20-cv-01318 | Consumer Protection | E.D.N.Y. | 2020-03-11 | 2020-07-13 | 2020-07-13 |
| Cunningham v. Air Voice Inc et al | 2:18-cv-00182 | Consumer Protection | D.Wyo. | 2018-11-05 | 2019-04-22 | 2019-04-22 |
| Cunningham v. Vanderbilt University et al | 3:19-cv-00788 | Consumer Protection | M.D.Tenn. | 2019-09-06 | 2020-01-14 | 2020-01-14 |
| Cunningham v. Technologic USA, Inc. | 4:20-cv-00045 | Consumer Protection | E.D.Tex. | 2020-01-17 | 2020-07-21 | 2020-07-21 |
| Cunningham v. Key Medical, LLC et al | 4:20-cv-00044 | Consumer Protection | E.D.Tex. | 2020-01-17 | 2021-05-28 | 2021-05-28 |
| Cunningham v. Smithkey Auto Industries, Inc., dba Red Auto Protection CarGuard Administration, Inc. et al | 4:19-cv-00541 | Consumer Protection | E.D.Tex. | 2019-07-22 | 2019-10-04 | 2019-10-04 |
| Cunningham v. 360 Health Services, LLC et al | 4:20-cv-00109 | Consumer Protection | E.D.Tex. | 2020-02-13 | 2021-04-30 | — |
| Cunningham v. Geneticare Health Solutions et al | 4:19-cv-00867 | Consumer Protection | E.D.Tex. | 2019-11-24 | 2020-01-20 | 2020-01-20 |
| Cunningham v. AB Solution Processing, LLC et al | 4:19-cv-00501 | Consumer Protection | E.D.Tex. | 2019-07-09 | 2019-08-21 | 2019-08-21 |
| Cunningham v. Ortiz et al | 5:15-cv-00465 | Consumer Protection | E.D.N.C. | 2015-09-14 | 2015-10-27 | 2015-10-27 |
| Cunningham v. Quogen, LLC et al | 4:19-cv-00237 | Consumer Protection | E.D.Tex. | 2019-03-27 | 2019-05-03 | 2019-05-03 |
| Cunningham v. Kealy et al | 4:19-cv-00458 | Consumer Protection | E.D.Tex. | 2019-06-19 | 2019-12-09 | 2019-12-09 |
| Cunningham v. Bekstar, LLC et al | 4:18-cv-00658 | Consumer Protection | E.D.Tex. | 2018-09-17 | 2018-11-20 | 2018-11-20 |
| Cunningham v. Ameri Help, LLC et al | 4:18-cv-00878 | Consumer Protection | E.D.Tex. | 2018-12-18 | 2019-03-30 | 2019-03-30 |
| Cunningham v. Local Lighthouse Corp et al | 3:16-cv-02284 | Consumer Protection | M.D.Tenn. | 2016-08-26 | 2018-04-18 | 2018-04-18 |
| Cunningham v. United Recovery Systems LP et al | 3:15-cv-00010 | Consumer Protection | M.D.Tenn. | 2015-01-06 | 2015-03-30 | 2015-03-20 |
| Cunningham v. Yuspeh Rappaport Law LLC et al | 1:21-cv-00030 | Consumer Protection | N.D.Ohio | 2021-01-07 | 2021-07-22 | — |

https://law.lexmachina.com/party/view?q=TCPA&case_types-include=449&and_filter=case_types&pending-from=2009-01-01&pending-to=&filters=true&id=1068543&tab=summary&view=analytics&cols=475

195 federal district court cases involving Craig Cunningham

Page 12 of 13

| Title | Civil Action # | Case Type | Court | Filed On | Last Docket | Terminated |
|---|---|---|---|---|---|---|
| Cunningham v. United Collection Bureau | 3:15-cv-00011 | Consumer Protection | M.D.Tenn. | 2015-01-06 | 2015-04-09 | 2015-02-27 |
| Cunningham v. Credit Pros International Corporation et al | 3:16-cv-01678 | Consumer Protection | M.D.Tenn. | 2016-07-07 | 2016-11-15 | 2016-11-15 |
| Cunningham v. Vehicle Protection Specialists, LLC aka Vehicle Service Center et al | 4:19-cv-00812 | Consumer Protection | E.D.Tex. | 2019-11-07 | 2019-12-20 | 2019-12-20 |
| Cunningham v. National Health Insurance Company | 3:16-cv-02872 | Consumer Protection | N.D.Tex. | 2016-10-12 | 2016-11-04 | 2016-11-04 |
| Cunningham v. Endless Access LLC et al | 3:15-cv-00178 | Consumer Protection | M.D.Tenn. | 2015-02-25 | 2015-04-03 | 2015-03-30 |
| Cunningham v. Credit Corp Solutions Inc. | 4:19-cv-00864 | Consumer Protection | E.D.Tex. | 2019-11-21 | 2020-01-22 | 2020-01-22 |
| Cunningham v. Spectrum Tax Relief, LLC et al | 3:16-cv-02283 | Consumer Protection | M.D.Tenn. | 2016-08-26 | 2019-01-08 | 2019-01-08 |
| Craig Cunningham v. Juice Supply Company et al | 2:21-cv-00296 | Consumer Protection | C.D.Cal. | 2021-01-13 | 2021-05-12 | 2021-05-12 |
| Cunningham v. The Oliver Law Group, PA et al | 4:18-cv-00680 | Consumer Protection | E.D.Tex. | 2018-09-25 | 2019-10-08 | 2019-10-08 |
| Cunningham v. AAA Law Group, LLC et al | 4:19-cv-00105 | Consumer Protection | E.D.Tex. | 2019-02-08 | 2019-03-27 | 2019-03-27 |
| Cunningham v. Spring Oaks Capital LLC | 4:20-cv-00383 | Consumer Protection | E.D.Tex. | 2020-05-11 | 2020-07-14 | 2020-07-14 |
| Cunningham v. Alpha Recovery Corporation | 3:16-cv-01673 | Consumer Protection | M.D.Tenn. | 2016-07-07 | 2017-01-03 | 2016-10-31 |
| Cunningham v. Pure Telephone Corporation et al | 9:17-cv-81362 | Consumer Protection | S.D.Fla. | 2017-12-18 | 2018-02-13 | 2018-02-13 |
| Cunningham v. LJ Ross Associates, Inc. | 4:20-cv-00844 | Consumer Protection | E.D.Tex. | 2020-10-27 | 2021-04-14 | — |
| Cunningham v. Jacovetti et al | 3:16-cv-02922 | Consumer Protection | M.D.Tenn. | 2016-11-16 | 2017-04-06 | 2017-03-31 |
| Cunningham v. Nemec et al | 4:17-cv-00215 | Consumer Protection | N.D.Tex. | 2017-03-09 | 2017-07-17 | 2017-07-14 |
| Cunningham v. Hood et al | 4:19-cv-00743 | Consumer Protection | N.D.Cal. | 2019-02-11 | 2019-07-31 | 2019-07-31 |
| Cunningham v. Foresters Financial Services, Inc. et al | 3:17-cv-00152 | Consumer Protection | M.D.Tenn. | 2017-01-20 | 2017-02-14 | 2017-02-06 |
| Cunningham v. Channer, LLC et al | 1:17-cv-01305 | Consumer Protection | W.D.N.Y. | 2017-12-14 | 2019-03-15 | 2019-03-15 |

https://law.lexmachina.com/party/view?q=TCPA&case_types-include=449&and_filter=case_types&pending-from=2009-01-01&pending-to=&filters=true&id=1068543&tab=summary&view=analytics&cols=475

| Title | Civil Action # | Case Type | Court | Filed On | Last Docket | Terminated |
|---|---|---|---|---|---|---|
| Cunningham v. Central Billing LLC, et al | 4:19-cv-00707 | Consumer Protection | E.D.Tex. | 2019-09-29 | 2019-11-14 | 2019-11-14 |
| Cunningham v. Consolidated World Travel, Inc. et al | 0:19-cv-62504 | Consumer Protection | S.D.Fla. | 2019-10-07 | 2020-06-26 | 2020-06-26 |
| Cunningham v. Consolidated World Travel, Inc. et al | 9:19-cv-81372 | Consumer Protection | S.D.Fla. | 2019-10-07 | 2019-10-08 | 2019-10-08 |
| Cunningham v. Health Plan Intermediaries Holdings, LLC et al | 3:17-cv-00151 | Consumer Protection | M.D.Tenn. | 2017-01-20 | 2017-03-09 | 2017-02-06 |
| Craig Cunningham v. Nationwide Business Resources, Inc. | 2:18-cv-04180 | Consumer Protection | C.D.Cal. | 2018-05-18 | 2019-01-24 | 2019-01-24 |
| Cunningham v. Peak Legal Advocates et al | 3:15-cv-00224 | Consumer Protection | M.D.Tenn. | 2015-03-06 | 2015-03-30 | 2015-03-24 |
| Craig Cunningham v. Cinch Home Services, Inc. et al | 2:20-cv-08875 | Consumer Protection | C.D.Cal. | 2020-09-28 | 2021-03-01 | 2021-02-05 |
| Craig Cunningham et al v. The Torkzadeh Law Firm, et al | 2:19-cv-06327 | Consumer Protection | C.D.Cal. | 2019-07-22 | 2019-08-02 | 2019-08-02 |