UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP. 15 2021 ★

LONG ISLAND OFFICE

-------------------------------------------------------------------X

CRAIG CUNNINGHAM, on behalf of himself and all
Others similarly situated,

                        Plaintiffs,

-      against  -

2:21 CV 2162

**CONSENT TO CHANGE
ATTORNEY**

BIG THINK CAPITAL

                        Defendant.

-------------------------------------------------------------------X

IT IS HEREBY CONSENTED THAT, Schwartz Ettenger, PLLC, with offices located at

445 Broad Hollow Road, Suite 205, Melville, NY 11747, be substituted as counsel of record for

Defendant in the above entitled action in place and stead of Thompson Hine LLP as of the date

hereof.

Dated:  Melville, New York
           September 3, 2021

                                    BIG THINK CAPITAL

                                    BY: _David Brown, President_____

                                    THOMPSON HINE LLP

                                    BY: _____
                                    OUTGOING COUNSEL FOR
                                    DEFENDANT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CRAIG CUNNINGHAM, on behalf of himself and all
Others similarly situated,

                           Plaintiffs,                        2:21 CV 2162

        -     against  -

                                                  **CONSENT TO CHANGE**
                                                  **ATTORNEY**

BIG THINK CAPITAL


                              Defendant.

-------------------------------------------------------------------X

       IT IS HEREBY CONSENTED THAT, Schwartz Ettenger, PLLC, with offices located at

445 Broad Hollow Road, Suite 205, Melville, NY 11747, be substituted as counsel of record for

Defendant in the above entitled action in place and stead of Thompson Hine LLP as of the date

hereof.

Dated:  Melville, New York
           September 3, 2021

                                 BIG THINK CAPITAL


                                 _____

                                 BY: _____


                                 THOMPSON HINE LLP

                                 BY: Jessica Salisbury-Copper
                                 OUTGOING COUNSEL FOR
                                 DEFENDANT

**SCHWARTZ ETTENGER, PLLC**

BY: JEFFREY S. ETTENGER, ESQ.
INCOMING COUNSEL FOR
DEFENDANT

SO ORDERED:

S/ James M. Wicks

James M. Wicks, USMJ
Dated: 9-15-2021
Central Islip, NY