September 27, 2021

*Via ECF*

The Honorable James M. Wicks
United States District Court for the Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re: *Cunningham v. Big Think Capital, Inc.,* Case No. 2:21-cv-02162-ARR-JMW

Your Honor:

I write to request to be removed as counsel for Defendant in this action.

I was previously counsel to the Defendant only through my association with the law firm of Thompson Hine LLP, where I was formerly a partner. On September 3, 2021, I separated from Thompson Hine (and changed my ECF credentials). On September 13, 2021, Defendant filed a notice of Consent to Change Attorney, replacing Thompson Hine LLP with Jeffrey S. Ettenger of Schwartz Ettenger, PLLC, which the Court granted on September 15, 2021. (Docket Nos. 19 & 20). However, it appears that because I changed my ECF credentials, the substitution of Thompson Hine was not administratively applied to me.

Accordingly, because I only represented the Defendant through Thompson Hine (of which I am no longer a member and which has withdrawn from this case), I respectfully request that the Court remove me as counsel for Defendant.

Thank you.

/s/ Mendy Piekarski, Esq.