**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

BEFORE: JAMES M. WICKS, U.S. MAGISTRATE JUDGE	DATE: 10/19/2021
	TIME: 11:00 am
	☐ **SEALED PROCEEDING**

**CIVIL CAUSE FOR INITIAL CONFERENCE (Video)**
**CASE:** 2:21-cv-02162-ARR-JMW, Cunningham v. Big Think Capital Inc

APPEARANCES:

    For Plaintiff:  Aytan Y. Bellin

    For Defendant:   Jeffrey S. Ettenger

Court Reporter/FTR: 11:00 – 11:14

**THE FOLLOWING RULINGS WERE MADE:**

☐    Initial Conference held. Following discussion with counsel and review of the submitted worksheet, the Court adopted a Scheduling Order which is attached at DE 26.  A status conference has been scheduled for January 27, 2022 at 2:00 pm via the Court's AT&T Conference line. The parties should dial 1-866-434-5269 and enter access code 9025281# at the prompt.  An additional status conference has been scheduled for April 4, 2022 at 2:00 pm via the Court's Video Zoom. The Court will email the Zoom invitation closer to the conference date.

                                          SO ORDERED
                                          /s/James M. Wicks
                                          JAMES M. WICKS
                                          United States Magistrate Judge