**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

BEFORE: JAMES M. WICKS, U.S. MAGISTRATE JUDGE          DATE: 1/27/2022
                                                                                                          TIME:  2:00 PM
                                                                                                          ☐ **SEALED PROCEEDING**

**CIVIL CAUSE FOR STATUS CONFERENCE**
          **CASE:**  2:21-cv-02162-ARR-JMW, Cunningham v. Big Think Capital Inc.

APPEARANCES:

          For Plaintiff:   Aytan Y. Bellin

          For Defendant:  Jeffrey S. Ettenger

Court Reporter/FTR: 2:01-2:10 (video)

**THE FOLLOWING RULINGS WERE MADE:**

☒          Status conference held.  A status conference via Zoom is scheduled for 2/16/22 at 9:30 am.  The Court will email a Zoom link closer to the conference date.  As discussed on the record, Plaintiff's counsel will appear with his client to discuss his interest in attending a global settlement conference of this and all related cases. If Plaintiff declines to appear, counsel is directed to file a letter stating such prior to the conference date.


                                                                                    SO ORDERED
                                                                                    /s/ *James M. Wicks*
                                                                                    JAMES M. WICKS
                                                                                    United States Magistrate Judge