**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

BEFORE: JAMES M. WICKS, U.S. MAGISTRATE JUDGE          DATE: 2/16/2022
                                                                                    TIME:  9:30 AM
                                                                                    ☐ **SEALED PROCEEDING**

## CIVIL CAUSE FOR STATUS CONFERENCE
**CASE:** 2:21-cv-02162-ARR-JMW, Cunningham v. Big Think Capital Inc.

APPEARANCES:

        For Plaintiff:   Aytan Y. Bellin with Client Craig Cunningham

        For Defendant:   Jeffrey S. Ettenger

Court Reporter/FTR: 9:28-9:47 (video)

**THE FOLLOWING RULINGS WERE MADE:**

☒        Status conference held.  After discussion, the parties agreed that a global settlement conference aimed at resolving this case and all related cases, 19-CV-638 and 21-CV-2443, is appropriate at this time.  Therefore, a settlement conference has been scheduled for May 5, 2022 at 10:00 AM via the Court's Video Zoom. The Court will email the Zoom invitation closer to the conference date. Parties shall comply with Judge Wicks' Individual Practice Rules regarding Settlement Conferences (Rules §5).

        **THE PARTIES ARE REMINDED that audio or video recording of proceedings by any party other than the Court is strictly prohibited by Local Civil Rule 1.8. Violation of this rule may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed appropriate by the Court.**

                                                        SO ORDERED
                                                        /s/ James M. Wicks
                                                        JAMES M. WICKS
                                                        United States Magistrate Judge