# BELLIN & ASSOCIATES LLC
### ATTORNEYS-AT-LAW
### 50 MAIN STREET, SUITE 1000
### WHITE PLAINS, NEW YORK 10606
### TEL (914) 358-5345
### FAX (212) 571-0284

June 9, 2022

BY ECF
Hon. James M. Wicks, U.S.M.J.
United States District Court, E.D.N.Y.
100 Federal Plaza
Central Islip, New York 11722

    Re:  *Cunningham v. Big Think Capital, Inc.*, 2:21 cv 2162 (ARR) (JMW) (E.D.N.Y.)
          *Cunningham v. Big Think Capital, Inc.*, 2:21 cv 2443 (GRB) (ARL) (E.D.N.Y.)
          *Cunningham v. Big Think Capital, Inc.*, 2:19 cv 638 (ILG) (PK) (E.D.N.Y.)

Your Honor:

      I am the attorney for the plaintiff Craig Cunningham ("Mr. Cunningham") in two of the three above-entitled cases. I am writing on behalf of the parties in all of the above cases to respectfully request that the Court to extend the time by which the parties are to file the stipulations of dismissal from June 10, 2022 to June 24, 2022. The parties are still working on the Settlement Agreement documents and need the additional time complete and execute them.

                                      Respectfully submitted,

                                      */s/ Aytan Y. Bellin*
                                        Aytan Y. Bellin

cc: All Counsel of Record by ECF
    Craig Cunningham by E-Mail