So Ordered,

/s/(ARR)

Allyne R. Ross, U.S.D.J. 7/6/2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**CRAIG CUNNINGHAM**, on behalf of himself and all Others similarly situated,

Plaintiffs,

-vs.-

Case No. 2:21-cv-2162

**BIG THINK CAPITAL INC.**,

Defendant.

### JOINT STIPULATION OF DISMISSAL

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

Dated: July 5, 2022

s/Aytan Y. Bellin
Aytan Y. Bellin
**BELLIN & ASSOCIATES LLC**
50 Main Street, Suite 1000
White Plains, NY 10606
Phone: (914) 358-5345
Fax: (212) 571-0284
aytan.bellin@bellinlaw.com
*Attorneys for Craig Cunningham*

Dated July 5, 2022

s/Jeffrey Ettenger
Jeffrey Ettenger
**SCHWARTZ ETTENGER, PLLC**
445 Broad Hollow Road, Suite 11747
Phone: (516) 497-2606
Fax: (631) 777-2402
JSE@selawny.com
*Attorneys for Big Think Capital Inc.*

1